**FIRST DIVISION**
**PHIPPS, C. J.,**
**ELLINGTON, P. J., and BRANCH, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**December 12, 2014**

# In the Court of Appeals of Georgia

A13A0444. WALKER v. THE STATE.

ELLINGTON, Presiding Judge.

A Houston County jury found Ernest Walker guilty beyond a reasonable doubt of possession of cocaine with intent to distribute and obstruction of a law enforcement officer. Walker appealed to this court, and we reversed in *Walker v. State*, 323 Ga. App. 558 (747 SE2d 51) (2013). The Supreme Court of Georgia granted certiorari and reversed our decision. *State v. Walker*, _ Ga. _ (Case No. S13G1793, decided October 20, 2014). Accordingly, our decision is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the lower court's judgment is affirmed.

*Judgment affirmed. Phipps, C. J., and Branch, J., concur.*